**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv34**

| | | |
|---|---|---|
| **THOMAS H. PRICE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **U.S. GEAR TOOLS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion for Leave to File Amended Complaint [# 29]. Plaintiff moves for leave to amend its Complaint and add an additional defendant. In addition, Plaintiff moves to extend discovery in this case. Defendants consent (or take no position) to allowing Plaintiff leave to amend the Complaint and add an additional defendant but object to extending discovery in this case. Upon a review of the record, the relevant legal authority, and after consultation with the District Court, the Court **DIRECTS** the parties as follows:

(1) The Court **GRANTS** the motion [# 29] to the extent Plaintiff seeks leave to amend the Complaint and add an additional defendant. Plaintiff shall have ten (10) days from the entry of this Order to file an Amended Complaint.

1

(2) The Court **STAYS** this case as to the current Defendants. Once the new defendant has been served and answered the Amended Complaint, the Court will set a hearing in this case and, after giving the parties an opportunity to be heard, enter a new Pretrial Order in this case.

Signed: December 18, 2015

Dennis L. Howell
United States Magistrate Judge