IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 34

| | |
|---|---|
| THOMAS H. PRICE, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| U.S. GEAR TOOLS, INC., TEXTRON, INC., ) | |
| and MICROMATIC, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court regarding Plaintiff's Status Report Regarding Motion to Add Kearfott Corporation as Defendant (#42). Although the Motion for Leave to File Amended Complaint was allowed (#41), the Plaintiff now advises in the Status Report that Plaintiff will not add Kearfott Corporation as a party to this action. In the granting of Plaintiff's motion to amend complaint and add an additional defendant, the undersigned stayed the case pending service of the amended complaint. Such stay is now unnecessary. The undersigned now directs that counsel for the parties are directed to appear on January 14, 2016 to discuss with the Court the entry of a new Pretrial Order and Case Management Plan in this matter.

**ORDER**

1

**IT IS, THEREFORE**, **ORDERED** that counsel for the parties are directed to appear on **Thursday, January 14, 2016** in Courtroom No. 2 of the United States Courthouse in Asheville, NC **at 10:00 a.m.** where the parties shall be given an opportunity to be heard regarding the entry of a new Pretrial Order and Case Management Plan in this matter.

Signed: December 29, 2015

Dennis L. Howell
United States Magistrate Judge