# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| THOMAS H. PRICE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00034-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. GEAR TOOLS, INC., TEXTRON, INC., and MICROMATIC, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

Frank G. Johns, Clerk
United States District Court